UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STEPHEN GANNON,

                        Plaintiff,            22-CV-01032 (PAE)(SN)

    -against-                                   **ORDER**

GREAT WORLD ENTERPRISES INC., et al.,

                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Plaintiff served Defendants via the New York Secretary of State on February 22, 2022. Defendants' answers were accordingly due by March 24, 2022. See N.Y. CPLR § 320. As of the issuance of this order, Defendant Great World Enterprises Inc. has appeared but has not filed an answer. Defendant Pramukh 200 Inc. has not appeared.

    By April 5, 2022, Plaintiff shall file a letter informing the Court whether he has been in contact with Defendant Pramukh 200 Inc. The letter should also state whether Plaintiff intends to move for default against Defendant Pramukh 200 Inc.

    Defendant Great World Enterprises Inc. shall file a response to Plaintiff's complaint by April 8, 2022.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     March 30, 2022
                 New York, New York