

October 12, 2022

Hon. Sarah Netburn
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

**Re:** **Joint Update on Discovery Status**
Stephen Gannon v. Great World Enterprises, Inc., et al.
Case # 22-cv-1032

Dear Judge Netburn,

    This law firm represents Plaintiff Stephen Gannon ("Plaintiff") in this action. We write to you jointly with counsel for Defendant Great World Enterprises Inc. ("Great World"), in accordance with the instruction in the Case Management Plan and Scheduling Order (Docket No. 22) to inform the Court about the status of discovery and settlement discussions. Neither counsel has been in communication with Defendant Pramukh 200 Inc ("Pramukh").

    Mr. Rapaport, counsel for Great World, and Plaintiff's counsel have continued settlement discussions. While a settlement has not been reached, the parties are hopeful that a settlement might be achievable. Discussions between Mr. Ford and Mr. Rapaport are ongoing. Great World's counsel has advised that the tenant/co-defendant, Pramukh, has vacated the subject premises. This may impact the prospects of settlement.

    It is still hoped that the case might settle, but the parties intend to finish fact discovery prior to December 16, 2022 as set forth in the Scheduling Order.

    We thank the court for its attention in this matter.

| | |
|---|---:|
| **Adam D. Ford** | adam.ford@fordhufflaw.com |
| 228 Park Avenue South | (212) 287-5913 |
| New York, New York 10003 | www.fordhufflaw.com |

Re: Joint Update on Case Discovery and Settlement Discussions
September 9, 2022
Page **2** of **2**

Respectfully Submitted,

<u>/s/Adam Ford</u>
Adam Ford
Ford & Huff LC
Counsel to Plaintiff

<u>/s/ Marc Rapaport</u>
Marc Rapaport
Rapaport Law
Counsel to Defendant Great World Enterprises, Inc.

cc:     All Counsel of Record (via ECF)

