**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

STEPHEN GANNON,

                              **Plaintiff,**

          -against-

**GREAT WORLD ENTERPRISES INC., et al.,**

                              **Defendants.**

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 1/17/2023

**22-CV-01032 (PAE)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

          Fact discovery closed on December 16, 2022. Any party that intends to file a motion

for summary judgment shall file a pre-motion letter with Judge Engelmayer by January 31,

2023. The parties may additionally request a settlement conference or a referral to the Court's

Mediation Program as set forth in the Court's November 30, 2022 Order. See ECF No. 26.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     January 17, 2023
               New York, New York