UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN GANNON,

                         Plaintiff,

      -v-

GREAT WORLD ENTERPRISES INC., et al.

                       Defendants.

22 Civ. 1032 (PAE) (SN)

ORDER

PAUL A. ENGELMAYER, District Judge:

      On February 27, 2023, the Court received notice of plaintiff's voluntary dismissal of all claims against all defendants in this case, save for those alleged against "John Doe 1-X." Dkt. 29. The Court orders plaintiff to file a letter with the Court by March 6, 2023, explaining whether he intends to pursue this action against those yet-unserved John Doe defendants. If the Court does not receive any communication from plaintiff by March 6, 2023, it will presume that plaintiff no longer intends to pursue its case against the John Doe defendants, dismiss those claims without prejudice, and close the case accordingly.

      SO ORDERED.

                                                         *Paul A. Engelmayer*
                                                         PAUL A. ENGELMAYER
                                                         United States District Judge

Dated: February 28, 2023
        New York, New York