UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN GANNON,

                          Plaintiff,

-v-

GREAT WORLD ENTERPRISES INC. et al.,

                          Defendants.

22 Civ. 1032 (PAE) (SN)

ORDER

PAUL A. ENGELMAYER, District Judge:

    On February 27, 2023, the Court received notice of plaintiff's voluntary dismissal of all claims against all defendants in this case, save for those alleged against "John Doe 1-X." Dkt. 29. On February 28, 2023, the Court ordered plaintiff to file a letter with the Court by March 6, 2023, explaining whether he intends to pursue this action against those yet-unserved John Doe defendants. The Court further stated that if it did not receive any communication from plaintiff by March 6, 2023, it would presume that plaintiff no longer intends to pursue its case against the John Doe defendants, dismiss those claims without prejudice, and close the case.

    The Court has not received any communication from plaintiff as to the status of the John Doe defendants. Accordingly, it dismisses the claims against them without prejudice, and respectfully directs the Clerk of Court to close this case.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 7, 2023
       New York, New York